IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) ) | CIVIL ACTION NO. 3:04-cv-133 |
| v. | ) ) ) ) | **JURY TRIAL DEMANDED** |
| LOWE'S HOME CENTERS, INC., d/b/a VONORE RELOAD DISTRIBUTION CENTER #970 | ) ) ) ) ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

This action came for consideration before the Court. The Parties have submitted and the Court has approved a settlement agreement which resolves all issues.

**IT IS THEREFORE ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Settlement Agreement, docketed at No. 51 on December 1, 2005. Each party to bear its own costs and attorneys' fees.

Entered this 23rd day of January, 2006.

*Thomas H. Phillips*
Thomas Phillips
United States District Judge